# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARCLAY,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>  Defendants. | Case No. 1:22-cv-01185-JLT-CDB<br><br>**ORDER REASSIGNING THE ACTION**<br><br>**New Case No. 1:22-cv-01185-CDB** |

All parties have indicated their consent to the jurisdiction of a United States Magistrate Judge for all further proceedings in this action, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).  (Doc. 15; Doc. 17.)

Accordingly, this Court **REASSIGNS** the action to United States Magistrate Judge Christopher D. Baker for all further proceedings.  All further papers filed in this action shall bear the new case number: **1:22-cv-01185-CDB**.

IT IS SO ORDERED.

Dated:  **December 19, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE